

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00593-CV

Tabitha and Daniel **JUREK**,
Appellants

v.

Diane and Gerardo **GARCIA**,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI07662
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.  The costs of this appeal are taxed against the appellants.

SIGNED December 13, 2017.

_____
Irene Rios, Justice